**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JANUARY 20, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

| | |
|---|---|
| WD76318 | James R. Schnelle vs. State of Missouri |
| WD77015 | Damien Davis vs. State of Missouri |
| WD77348 | Johnny Gidden vs. Division of Employment Security |
| WD77542 | William E. Walls vs. Missouri Board of Probation and Parole, et al |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

| | |
|---|---|
| WD75612 | State of Missouri vs. Joseph S. Rogers |
| WD77025 | State of Missouri vs. Michael Lee Maddox |
| WD77058 | State of Missouri vs. Christopher Artis, Jr. |